UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **ERVIN ROBERTSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:15-cv-00125 |
| | ) |
| **STELLAR RECOVERY, INC.,** | ) |
| | ) |
| Defendant. | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/Brittany Bartley Simpson* | */s/ Amy L. Bennecoff Ginsburg* |
| Brittany Bartley Simpson | Amy L. Bennecoff Ginsburg |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | BPR# 28563 |
| | Kimmel & Silverman, P.C. |
| 211 Commerce Street, Suite 800 | 30 East Butler Pike |
| Nashville, TN 37201 | Ambler, PA 19002 |
| Phone: (615) 726-5606 | Phone: (215) 540-8888 |
| Email: bsimpson@bakerdonelson.com | Fax: (877) 788-2864 |
| Attorney for the Defendant | Email: aginsburg@creditlaw.com |
| | Attorney for the Plaintiff |
| Date: November 23, 2015 | Date: November 23, 2015 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 23rd day of November, 2015:

> Brittany Bartley Simpson, Esq.
> Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
> 211 Commerce Street, Suite 800
> Nashville, Tennessee 37201
> bsimpson@bakerdonelson.com

> _/s/ Amy L. Bennecoff Ginsburg_
> Amy L. Bennecoff Ginsburg, Esquire
> BPR # 28563
> Kimmel & Silverman, P.C.
> 30 East Butler Pike
> Ambler, PA 19002
> Phone: (215) 540-8888
> Fax: (877) 788-2864
> Email: aginsburg@creditlaw.com
> Attorney for the Plaintiff